GAUNTLETT v. PATTON et al. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by John C. Gauntlett, as trustee, etc., against Henry Patton and others.

PER CURIAM. Memorandum of the court amended so as to read as follows: Judgment, so far as appealed from, reversed on law and facts, and new trial granted, with costs to

each of the appellants, payable out of the fund, to abide event. Motion for reargument denied.